STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 07 2000

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00359 DAE |
| Plaintiff, ) | INFORMATION |
| vs. ) | |
| DAVID KAOO, ) | |
| Defendant. ) | |

ATTEST: A True Copy
WALTER A. Y. H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____ Deputy

INFORMATION

The United States Attorney charges that:

From prior to but through the 1997-1998 professional football season which begins in approximately August and ends in January, in the District of Hawaii, the defendant DAVID KAOO, unlawfully, willfully and knowingly did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, said illegal gambling business involving sports bookmaking in violation of the laws of the State of Hawaii (Hawaii Revised Statutes § 712-1221), in which said business was conducted; which illegal gambling business involved, during the

period aforesaid, five or more persons who conducted, financed, managed, supervised, directed and owned all or a part thereof; and which gambling business remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue in excess of $2,000 in a single day.

All in violation of Title 18, United States Code, Section 1955, and Title 18, United States Code, Section 2.

DATED: SEP 0 7 2000 , Honolulu, Hawaii.

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

USA v. David Kaoo
Cr. No. 00-
"Information"

2